RECEIVED

DEC 0 2 2019

Legal Programs Department

SCANNED at LSP and Emailed
12-2-19 by KB . 14 pages
date        initials    No.

# A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA

RONALD REEL #356002

*Plaintiff's full name (first-middle-last)*
*and prisoner number.*

**VERSUS**

JAMES M. LEBLANC ; DARREL
VANNOY ; MARCUS JONES ;
TAMMY HENDRICKSON, et al

*Defendant(s) full name*

CIVIL ACTION

NO.: _____

SECTION: _____

### Instructions for Filing Complaint by Prisoners
### Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same.**

In order for this complaint to be filed, it must be accompanied by the filing fee of $400.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. **THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.**

When you have completed this form, e-mail the original and copies to the Clerk of the United States District Court for the ___MIDDLE___ of Louisiana.

I.    **Previous Lawsuits**

   A.    Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?   Yes ( ) No (✓)

   B.    If your answer to A is yes, describe each lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1.  Parties to this previous lawsuit

      Plaintiff(s): _____

      Defendant(s): _____

   2.  Court  (if  federal  court,  name  the  district;  if  state  court,  name  the  parish):

   _____

   3.  Docket number: _____

   4.  Name of judge to whom case was assigned: _____

   5.  Disposition (for example: Was the case dismissed?  Was it appealed?  Is it still pending?):

   _____

   6.  Date of filing lawsuit: _____

   7.  Date of disposition: _____

   C.  Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?        Yes ( )    No (✓)

   If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

   _____

II.    **Place of present confinement:** Louisiana State Penitentiary _____

   A.  Is there a prisoner grievance procedure in this institution?  Yes (✓) No ( )

   B.  Did you present the facts relating to your complaint in the state prisoner grievance procedure?

   Yes (✓)        No ( )

C.  If your answer is YES:

1.  Identify the administrative grievance procedure number (s)  in which the claims raised in this complaint were addressed. No. LSP-2019-0982

2.  What steps did you take? Appeal each step to highest level

3.  What was the result? Denied on each step

D.  If your answer is NO, explain why not: _____

_____

_____

## III.    Parties

(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A.  Name of plaintiff(s):  RONALD REEL #356002
LA. State Penitentiary
AngoLa, LA. 70712

In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank.  Use Item C for the names,  positions,  and places of employment of any additional defendants.

B.  Defendant, JAMES M. LEBLANC    is employed as Secretary  at
Department oF Corrections Headquarters
Address for Service: 504 MayFLower St., Baton Rouge, LA. 70804

C.  Additional Defendant, DARREL VANNOY   is employed as Warden  at
Louisiana State Penitentiary
Address for Service: 17544 Tunica Trace, Angola, LA. 70712

D.  Additional Defendant, MARCUS JONES   is employed as Major  at
Louisiana State Penitentiary
Address for Service: 17544 Tunica Trace, Angola, LA. 70712

E.  Additional Defendant, TAMMY HENDRICKSON  is employed as A.R.D.C.-1  at
Louisiana State Penitentiary
Address for Service: 17544 Tunica Trace, Angola, LA. 70712

IV.   **Statement of Claim**

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1.) On April 23, 2019, Ms. Tammy Hendrickson Forced Me into a Sexual engagement where She Sucked My penis in the Main prison Soap room, which Caused Sores and rashes on My penis.

2.) On April 23, 2019, while i was handcuffed behind My back, Major Marcus Jones Sprayed a chemical agent directly into My right eye, rammed My head into the concrete ground, struck Me with a Metal object in My head and Moments later, stripped Me naked and Sprayed More chemical Agent on My penis and ball, which left or caused blisters on My penis.

On 5-1-19, i Filed a Health care Request (No. 027021) because of the injures to My penis. That Same day, the Medical doctor examined My penis and ordered Me Medicines, and the eye doctor examined My eyes and ordered me Medicines. On 5-6-19, i Filed an (A.R.P.) Administrative Remedy Procedure in relation to these incidents and injuries, where i documented all Video Surveillence Places, dates and times. On 5-8-19, i wrote Assistent warden, Shirley Coody, among other things, to have Video Surveillence places, dates and times Saved. On 5-13-19, i wrote Head warden, DARREL VANNoy to have Video Surveillence places, dates and times Saved. On 5-14-19, i wrote Head warden, DARREL VANNoy to File a Federal (P.R.E.A) Priso Rape Elimination Act complaint against, Tammy Hendrickson. On 5-15-19, i Filed a Health care request (No. 032694) For a Federal P.R.E.A. complaint against, Tammy Hendrickson. On 5-16-19, i Filed a Health care Request (No. 028131) For a Federal P.R.E.A. complaint against, Major Marcus Jones. On 5-20-19, i wrote

## Facts Continue

Secretary, James M. Leblanc to have video Surveillence Saved. On 5-28-19, i wrote, Darrel Vannoy that My Federal P.R.E.A. Complaints were being ignored. On 5-29-19, i Filed a Health Care Request (No. 028157) For the inside and outside of My penis still sore and hurt. On 5-30-19, i Filed a Health Care Request (No. 028138) For Continued problems with My eye. On 6-27-19, i Filed a Health Care Request (No. 027276) For not bringing Me to My Medical call-outs. On 8-1-19, i wrote a letter to (LAFASA) Louisiana Foundation Against Sexual Assault. On 8-13-19, i received letter From (LAFASA). On 9-6-19, i wrote letter to A.C.L.U.. On 9-18-19, i wrote, Darrel Vannoy that My Federal P.R.E.A. Complaints against, Major Marcus Jones and Tammy Hendrickson are still un-answered. As of this date, November 26, 2019, i still have not received an answer or disposition From the Federal P.R.E.A. Complaints i Filed against, Major Marcus Jones and Tammy Hendrickson.

On 7-30-19, then assistent warden, Trent Barton, denied the First-Step of My (A.R.P.) (No. LSP-2019-0982). It Must be noted that assistent warden, Trent Barton was the Supervisor to, Major Marcus Jones and Tammy Hendrickson when these incident occurred.

Page 1 of 2

## Facts Continues

On 8-2-19, Secretary, James M. Leblanc denied the Final Step to My (A.R.P.) (NO. LSP-2019-0982).

Both, James M. Leblanc, Secretary of the Louisiana department of Corrections and Darrel Vannoy, Head Warden of the Louisiana State Penitentiary are responsible For the Safety of every inmate, and both are head Supervisors to oversee all operations of the prison. Their poor Supervision of this prison has led to My injuries. Both of these Supervisors' knew of My incidents, ignored and Failed to have these incidents Meaningfully investigated.

At the hands of prison employees, i was physically brutilized and Sexually Assaulted, and i suffered injuries Physically, Mentally and emotionally.

Page 2 of 2

**V.    Relief**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

1.) Compensatory damages in the amount of $500,000 dollars against each defendant.

2.) Punitive damages in the amount of $250,000 dollars against each defendant.

3.) A jury trial on all issues triable by jury

4.) Plaintiff's costs in this suit

5.) Any other relief this Court deems just.

**VI.**    **Plaintiff's Declaration**

1)    I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2)    I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any cost assessed by the Court, which, after payment of the partial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3)    I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 26th day of November, 2019.

Signature: _Ronald Reel_
Print Name: Ronald Reel #356002
Address: La. State Penitentiary
City/State/Zip: Angola, La. 70712