UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RONALD REEL (#356002)**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**

CIVIL ACTION

NO.   19-838-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 8) dated May 19, 2020, to which an objection was filed (Doc. 10),

**IT IS ORDERED** that the claims asserted against James LeBlanc and Darrel Vannoy are DISMISSED WITH PREJUDICE as legally frivolous and for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the plaintiff's claims against Trent Barton and Charles Gooden are DISMISSED WITHOUT PREJUDICE [1] for failure to exhaust administrative remedies pursuant to 42 U.S.C § 1997e.

**IT IS FURTHER ORDERED** that the plaintiff's claims for monetary relief against Marcus Jones and Tammy Hendrickson in their official capacities are dismissed with prejudice and that this matter is referred back to the magistrate judge for further proceedings on the plaintiff's remaining claims (i.e., the plaintiff's claims for monetary damages against Jones and Hendrickson in their individual capacities for excessive force for the incidents occurring on April 23, 2019). An Order regarding service of process of the excessive force

---

1  *See Wendell v. Asher*, 162 F.3d 887, 891 (5th Cir. 1998), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199 (2007) (dismissing § 1983 action without prejudice for failure to exhaust administrative remedies).

claims against Marcus Jones and Tammy Hendrickson shall be issued.

    Signed in Baton Rouge, Louisiana, on <u>June 8, 2020</u>.

---

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**