**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RONALD REEL** | : | **CIVIL ACTION NO.** |
| | : | **USM 19-838** |
| **VERSUS** | | |
| | : | **JUDGE JOHN W. deGRAVELLES** |
| **JAMES LEBLANC, ET AL** | | |
| | : | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## MOTION FOR SUMMARY JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Defendants, Marcus Jones and Tammy Hendrickson, who respectfully move this Honorable court for summary judgment in this matter as there are no genuine issues of material fact, and they are entitled to a judgment as a matter of law for the following reasons, to wit:

1.

Plaintiff, Ronald Reel, an inmate at Louisiana State Penitentiary ("LSP") filed this suit pursuant to 42 U.S.C. § 1983 alleging that his constitutional rights were violated through acts of excessive force by Defendants, Tammy Hendricks and Marcus Jones.

2.

Plaintiff alleges that on April 23, 2019, Tammy Hendrickson sexually assaulted him, causing injuries to his genitalia.

3.

Plaintiff further alleges that, on the same day, Marcus Jones, sprayed Plaintiff with chemical agent directly into his eye, "rammed" his head into the concrete, struck him with a metal object, stripped him naked, and sprayed chemical agent onto his gentalia, all while Plaintiff was hand-cuffed, causing injuries.

4.

1

The Plaintiff's Complaint and summary judgment evidence shows that Plaintiff failed to exhaust his administrative remedies with regard to his claims against Tammy Hendrickson, nor did they occur.

5.

The summary judgment evidence also shows that Plaintiff did not have his head "rammed" into concrete nor was he beaten with a metal object.

6.

Summary judgment evidence will further show that Plaintiff did not suffer from the injuries he alleges.

7.

As shown from the pleadings, the attached exhibits, the statement of undisputed material facts, and as further described in the accompanying memorandum in support of this motion for summary judgment, there exists no genuine issue of material fact that neither Tammy Hendrickson nor Marcus Jones used excessive force on the Plaintiff and that Plaintiff failed to exhaust his administrative remedies regarding his allegations against Hendrickson.

8.

In support of this Motion for Summary Judgment, the Defendants offer the following Exhibits:

- Exhibit A, Certified Copy of ARP No. LSP-2019-0982;

- Exhibit B, Certified Copy of Plaintiff's Medical Records; and

- Exhibit C, Certified Copy of Plaintiff's Letter dated March 14, 2019.

**WHEREFORE**, the Defendants, Marcus Jones and Tammy Hendrickson, pray that this Honorable Court grant this motion, dismissing Plaintiff's claims against them at Plaintiff's sole

cost.

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:   */s/ Matthew Roth*
Matthew Roth (No. 37527)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: RothM@ag.louisiana.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th day of December 2020, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on this 7th day of December 2020, a copy of the foregoing was provided to pro se inmate plaintiff via U.S. First Class Mail, to the below name and address:

Ronald Reel
DOC #356002
Louisiana State Penitentiary
Angola, LA 70712

*/s/ Matthew Roth*
Matthew Roth (No. 37527)
Assistant Attorney General

3
