**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RONALD REEL** | : | **CIVIL ACTION NO.** |
| | : | **USM 19-838** |
| **VERSUS** | | |
| | : | **JUDGE JOHN W. deGRAVELLES** |
| **JAMES LEBLANC, ET AL** | | |
| | : | **MAGISTRATE JUDGE SCOTT D. JOHNSON** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

### STATEMENT OF UNCONTESTED MATERIAL FACTS

1. Plaintiff's ARP relating to this case, ARP No. LSP-2019-0982, does not address Plaintiff's allegations of sexual assault by Tammy Hendrickson.[1]

2. Plaintiff did not complain of head trauma to medical personnel on the date of the alleged incident or any follow-up visit.[2]

3. The genital injuries alleged by Plaintiff were not corroborated by multiple physical examinations by medical personnel.[3]

Respectfully Submitted,

**JEFF LANDRY**
**ATTORNEY GENERAL**

BY:     */s/ Matthew Roth*
Matthew Roth (No. 37527)
Assistant Attorney General
**Louisiana Department of Justice**
Litigation Division, Civil Rights Section
1885 North Third Street, Fourth Floor
Post Office Box 94005 (70804-9005)
Baton Rouge, Louisiana 70802
Telephone: 225-326-6300
Facsimile: 225-326-6495
E-mail: RothM@ag.louisiana.gov
*Attorney for Defendants*

---

[1] Rec. Doc. 1; and Exhibit A.
[2] Exhibit B, *in globo*.
[3] *Id*.

1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 7th day of December 2020, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

**I HEREBY FURTHER CERTIFY** that on this 7th day of December 2020, a copy of the foregoing was provided to pro se inmate plaintiff via U.S. First Class Mail, to the below name and address:

Ronald Reel
DOC #356002
Louisiana State Penitentiary
Angola, LA 70712

*/s/ Matthew Roth*
Matthew Roth (No. 37527)
Assistant Attorney General