TO: DARREL VANNOY, WARDEN
LA. State Penitentiary          MAY 6, 2019
2019-0982
0702 IMPW
EMERGENCY
ADMINISTRATIVE REMEDY PROCEDURE

RECEIVED
MAY 07 2019
LEGAL PROGRAMS DEPARTMENT

RECEIVED
MAY 07 2019
WARDEN'S OFFICE

## ISSUES

1. Use of Deadly Force
2. Coporal punishment
3. Cruel + unusual punishment
4. Deliberate Indifference
5. Aggravated Malfeasance
6. unnecessary use of Force
7. Falsifying Documents
8. Collective Covering up the incidents.

## A.

On 4-23-19, inmate RONALD REEL #356002, was hand-cuffed behind his back by Major MARCUS JONES, in the main prison's west yard captain office. (see, video surviellence, west yard captain's office, 4-23-19, around 10:30 A.m. to 12:00 p.m.). while Major Marcus Jones and Captain Vohries escorted inmate Reel from the westyard captain's office, to the administrative segregation CBD unit. Around the CC gate and mailroom walk, while inmate Reel was still handcuffed behind his back, Major Marcus Jones pulled a canister of chemical agent, placed it one inch from inmate Reel's right eye and sprayed an excessive amount of the chemical agent directly into inmate Reel right eye, threw inmate Reel to the ground and banged inmate Reel's head on the concrete. Captain Vohries stated, "per orders of WARDEN VANNOY." Major Marcus Jones stated, "WARDEN VANNOY said fuck over you criminals, even kill yall if we see an opportunity to get away with it." (see, video surviellence, Main prison's mailroom walk, 4-23-19, Around 10:30 A.m to 12:00 p.M.). Inmate Reel was handcuffed behind his back, helpless and vulnerble, when he suffered and barely survived the Deadly Force attack by Major Marcus Jones!

1 of 6

Moments After the Attack, Major Marcus Jones continued unnecessary use of force upon inmate Reel when entering the Administrative Segregation CBD Unit, with inmate Reel still handcuffed behind his back, thrown into the CBD Lower Right tier shower, stripped naked and Major Marcus Jones sprayed more of the Chemical Agent directly on inmate Reel's penis and balls. (See, video surviellence, CBD unit downstairs Lobby Area and Lower Right tier, 4-23-19, around 10:30 A.M. to 12:00 P.M.).

## Falsifying Documents

Major Marcus Jones documented on his Disciplinary Report for inmate Reel (4-23-19, Rule #3 and #5), that he started out with 80 grams of Chemical Agent and finished with 60 grams. Either Major Marcus Jones is lying about the actual amount of Chemical Agent he used, or he sprayed 20 grams, or more, directly into inmate Reel's right eye, at point blank range, and more on inmate Reel's penis and balls and not the one spraying he documented on his report. Eitherway, Major Marcus Jones falsified his official institutional Report on duty in public office. (The officer who Refilled that Chemical Agent canister and the documented amount actually used, should be thoroughly investigated). Each Chemical Agent canister has their on identification number. This I.D. number is also on Major Marcus Jones Report.

It must be noted, when Major Marcus Jones was a Captain Rank, he sprayed inmate Reel with a Chemical Agent for no Reason (Report around 1-21-18, Rule #3 and #5). Now Major Jones is trying to cover-up his Deadly Force Attack by stating inmate Reel became Combative. Major peter Lollis stated in his Report, that sameday, that inmate Reel became Combative (Report around 1-21-18, Rule #3 and #5). Meaning, Major Marcus Jones just used a computer boilerplate containing the word "Combative".

Combative, is a word used by crooked officers to cover-up their physical abuse and deadly force attacks on inmates.

How could inmate Reel become, combative, when inmate Reel was handcuffed behind his back, from start to finish, and major Jones sprayed a chemical agent directly into inmate Reel's right eye, at point blank range, which flowed into inmate Reel's other eye and face. The chemical agent blinded inmate Reel and caused him to gag and vomit. That's not trying to spit on major jones as he claim.

It must be noted, major marcus jones weigh over 200 pounds and has over 10 years correctional exprience. The other escorting officer, captain Vohres weigh over 200 pounds and have over 10 years exprience. Inmate Reel weigh 142 pounds and was handcuffed behind his back, helpless and vulnerble.

Major Marcus Jones should be written up on a VR-1 for violating the following Rules outlined in the "Corrections Employee manual"; Rule #2 - Coporal punishment, unnecessary use of force, Deadly force; Rule #10 - Falsifying Documents; and Rule #12 - Aggravated malfeasance. Major marcus Jones should be fired.

## B.

On 4-23-19, right after the deadly attack, inmate Reel was examined by this prison's E.M.T. #3. The E.M.T. Documented the two different Chemical agent sprayings of major marcus jones. The E.M.T. give inmate Reel an eye solution (see, Health care request form, No. 032720).

On 5-1-19, eight (8) days after the deadly attack, inmate Reel filled out another medical request, because the vision in inmate Reel's eyes had gotten worse and inmate Reel had developed sores and blisters on his penis (see, Health care request form, No. 027021), and within hours, inmate

Reel was transported to the prison's treatment center. A Doctor examined the Sores and Blisters on inmate Reel's penis and prescribed medicines. The eye Doctor examined inmate Reel's eyes and found many medical problems in both of inmate Reel's eyes. The Eye Doctor prescribed a number of medicines for both of inmate Reel eyes.

It must be noted that, inmate Reel is 45 years old. Has been housed in this prison for the past 9 years and never in his life had problems with his eyes. Now, within days after Marcus Jones sprayed inmate Reel directly in his Right eye, Inmate Reel has many medical problems in both his eyes!

The, <u>AMERICAN</u> <u>CORRECTIONS</u> <u>ASSOCIATION</u>, has the use of chemical agent policy, and what each of all the combined chemicals are that make up the chemical agent, and what health problems each chemical can cause.

## C.

On 4-23-19, Classification Officer, <u>Tammy Hendrickson</u>, <u>Lies</u> on inmate Reel triggered the Deadly Force Attack on inmate Reel, by major Marcus Jones. Tammy Hendrickson documented <u>on her Report</u> that inmate Reel <u>Returned</u> into the Courtroom and that she stated, "we're still on the Record." (Ms. Hendrickson, disc. <u>Report</u>, 4-23-19 - Rule #21e). Naturally inmate Reel would have Replied, "Alright. Okay, or something of that Nature.

However, a <u>Review</u> of the <u>Audio Recording</u> of the 4-23-19 - <u>Rule #22</u> of Inmate Reel, you would find that Ms. Tammy Hendrickson voice <u>is NOT</u> on that <u>Audio Recording</u> stating, "<u>We're Still on the Record</u>." Nor would you hear a Reply from inmate Reel. Therefore, This mean one of

two things; 1.) Ms. Tammy Hendrickson was alone for some time with inmate Reel and she forced inmate Reel into sexual engagements, or 2.) inmate Reel never re-entered the courtroom and Ms. Hendrickson flat out lied on inmate Reel on her report. I'll leave it up to Tammy Hendrickson to tell, which one of these two is the truth.

## D.

## The cover-up

On 4-25-19, inmate Reel was scheduled for a disci-plinary hearing for Rule violations #3 and #5, by major Marcus Jones and Rule violation #21e, by Tammy Hendrickson. The D.B. court members said inmate Reel Refused to attend the Hearing, Held court and Sentenced inmate Reel, without inmate Reel being present at the hearing.

However, inmate Reel Did Not Refuse to attend the disciplinary hearing. Inmate Reel was prevented From at-tending the hearing. Initially, inmate Reel came out of his cell, on the CBD upper left tier, to attend the hearing (in a yellow jumpsuit). Then, inmate Reel was told by security officers that he was Not Allowed to attend the hearing. Then these security officers immediately Locked inmate Reel in-side the caged shower on the CBD upper left tier. Inmate Reel Remained Locked in that caged shower for eight (8) straight hours and denied food and drinks (see, Video Surviellence, 4-25-19, CBD unit upper left tier shower Area and upstairs lobby Area, Around 12:00 p.m to 10:00 p.m.).

At Least, the first two hours of inmate Reel being Locked in the caged shower, disciplinary court was still going on. There-fore, inmate Reel was prevented From attending the hearing. If

5 of 6

inmate Reel would have Refused, he would have been placed back in his Assigned Cell And Not Locked in A Caged shower for eight (8) hours and denied food And Drink.

ON 5-2-19, the Legal programs Director, Nyesha Kelly, Suspended inmate Reel's Visits, From 4-23-19 to 7-24-19, For Reasons that inmate Reel ASSAULTED major Marcus Jones. That is ABSURD.

All these Above mentioned incidents Are Retaliation From the (A.R.P. - PREA), L.S.P. #1950 - 2018, by Officers And employees Not Connected to that A.R.P. -P.R.E.A. As A Cover-up. A.R.P. — P.R.E.A. #1950-2018 WAS granted that inmate Reel would suffer No Retaliation. Well, inmate Reel has.

Inmate Reel's Federal and State Constitutional Rights have been Violated.

## RELIEF SOUGHT

1. MAJOR MARCUS JONES Rule #3 and #5, and TAMMY Hendrickson's Rule #21e be Void and expunged From inmate Reel's prison Record.

2. Inmate Reel be Returned to Quarters (WAlNut-4)

3. Inmate Reel's VISitation Rights be Restored.

4. All video And Audio DAtes And times be SAved.

5. Monetary payment if Civil Action is Filed.

CC:
    Attorney;
    ACA;
    Civil Rights Center
    Shirley Coody, AW2

SUBMITTED By: RONALD REEL
D.O.C.#: 356002
DAte: MAY 6, 2019
Location: CBD, L/R