### Department of Public Safety & Corrections
#### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
Governor

JAMES M. LE BLANC
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the

originals that are maintained at Louisiana State Penitentiary.

Certified Copy of ARP LSP 2019-0982

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 9-21-2020

Ronald Reel 356002 Case