

JOHN BEL EDWARDS
Governor

JAMES M. LE BLANC
Secretary

# State of Louisiana
### Department of Public Safety and Corrections

Louisiana State Penitentiary
R. E. Barrow, Jr. Treatment Center
Health Information Management Department
Angola, Louisiana 70712

West Feliciana Parish

I hereby certify that the attached copies are **TRUE AND CORRECT COPIES:**

| **Inmate Name:** | Ronald Reel | **DOC#:** | 356002 |
|---|---|---|---|

| **Listed below is the information which is attached:** |
|---|
| Medical Records – 01/01/2019 - Present |

| Copies made for: | ███████████████ <br> Paralegal, Civil Rights – Litigation Division <br> Office of Attorney General Jeff Landry <br> Baton Rouge, Louisiana |
|---|---|

| Signature: *Kelley Hawkins, Kelley* <br> **Kelley Hawkins #66168** <br> **Ex-Officio Notary, Department of Public Safety and Corrections/LSP** | Date: 12/04/20 |
|---|---|

028138

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

**Institution:** _L.S.P._

| RoNald Reel | 356002 | 45 | CBD, L/R | — |
|---|---|---|---|---|
| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:** MAJOR MARCUS JoNeS Sprayed a chemical agent directly in my right eye at point blank range on 4-23-19. Seen by eye doctor on 5-1-19. Treatment not working. I continue to have a problem in my Right eye. Can't see nothing out it in the MORNING, Feel like pressure pushing against it, and eye blurriness. Need to see an eye Specialist.

**Health Care Personnel Screening:** Date: 5-30-19  Time: 0520  Location Seen: CBD

**(Circle One)** Emergency / **Routine Sick Call** / Work Related   Allergies: NKDA

B/P 126/84   Pulse 80   Resp 18   Temp ___   Other SPo₂ 99%

**Assessment/Comment:** Pt. A/O x4 Ambulatory, Pt c/o not be able To see out of (R) Eye when he wakes up, Pt, also c/o Feeling pressure on (R) EyE, Pearl, (R) Eye RedNess, (R)Eye swelling, Pt. Deaf-BTL; To (R) side of Head, Pt. States That The TReatment he is getting for His Eye Is NOT WORKING, Pt. REQuest AN Evaluation, Pt voices NO other Medical complaints,

MEDS: Neo/Poly / DEX OPH SUSP, NEO/Poly DEX, ARTIFICIAL TEARS, LEVETIRACETAM,

**Disposition:**

MD

**New Medications Ordered:**

_____

_____

_____ Total #: _____

**Screener's Signature:** MSgt. Frw...

☒ No Fees   ☐ $3 Access Fee   ☐ $6 Access Fee   ☐ $2 for Each Prescription Fee: $_____   Total: $_____

**Health Care Practitioner Notes:**

eye seen in ATU 51-19 &
opthamol on seeme day
cont'd sx's × mos out
for self traumes —
< C/S opthamol again
done
pmt   6-24-19

HCP's Signature: ___   Date: 6-24-19

#585

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

| Ronald Reel | 356002 | 5-30-19 | MSgt A. Frw... |
|---|---|---|---|
| Offender's Signature | DOC# | Date | Witness Signature |

#585

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

Case 3:19-cv-00838-JWD-SDJ     Document 27-5     12/07/20     Page 3 of 10

028157

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

Institution: L.S.P.

RONALD REEL    356002    45    CBD,L/R    —

| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:** The P.R.E.A Complaint against, TAMMY Hendrickson For Sucking My penis, Which put sores or Rashes on My penis. The P.R.E.A. Complaint Against Major Marcus Jones For spraying My penis with A chemical Agent, which put blisters on My penis. Something is still wrong with my penis. It's Sore and still itches on the inside and outside.

**Health Care Personnel Screening:** Date: 5-29-19  Time: 0600  Location Seen: CBD

(Circle One) Emergency / **Routine Sick Call** / Work Related  Allergies: NKDA

B/P 126/76  Pulse 86  Resp 18  Temp —  Other SPo2 98%

**Assessment/Comment:** Pt. A/o x 4 AMbulatory, C/o SORES ON Penis, as well as, (+) REDNESS, visiable sores or Blisters, Pt. voices No Difficulty urinating, Pt. states that his Penis still ITCHES, pt. APPEARS To Be In NAD, Pt. Request An evaluation, Pt. voices No other Medical complaints, Investigations Notified

MEDS: Neo/Poly/Dex opth susp, Neo/Poly/Dex, Artificial Tears, Levetiracetam

**Disposition:**

MD
NOTIFIED Lt. GADDY

**New Medications Ordered:**

Total #: ___

Screener's Signature: MSgt Frank ___

**Health Care Practitioner Notes:**

F/U S/C
PRN

#383

HCP's Signature: ___  Date: 5/30/19

☐ No Fees  ☒ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $___  Total: $ 3.00

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Ronald Reel    356002    5-29-19    ___
| Offender's Signature | DOC# | Date | Witness Signature |

#383

Original - Offender's Medical Record     Yellow - Business Office     Pink - Offender's Copy

**Form HC-01-A**
**14 September 2009**

**Health Care Request Form**

Institution: LSP

028131

RONALD REEL 356002        45        CBD L/R        —

| Name | DOC# | Age | Housing | Job Assignment: |

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

I'M MAKING A PRISON RApE ELIMINATION ACT COMPLAINT AGAINST MAJOR MARCUS JONES, FOR Stripped me NAKed And SPRAYING A Chemical Agent (mace) ON my penis and balls ON, 4-23-19.

**Health Care Personnel Screening:** Date: 5-16-19    Time: 0625    Location Seen: CBD

(Circle One)  Emergency / Routine Sick Call / Work Related  Allergies: _____

B/P 128/78    Pulse 86    Resp 18    Temp —    Other 99%

**Assessment/Comment:** Pt. A/0x4 Ambulatory, Pt. states that on 4-23-19 Major Jones was strip searching him in the shower, Pt. states that while he was naked in the shower Major Jones used chemical agent on him, Pt. states that he had blisters on his penis 2° chemical agent, no visable blisters, Pt. states that there was no sexual contact, Pt voices no medical complaints, Investigations, Mental Health, cell block 4, ems 4 Notified

MEDS: Keppra. Artificial Tears. Maxitrol. Triamcinolone

**Disposition:**
Investigations, mental Health, cell Block 4 ems 4 Notified
S/C PRN

**Health Care Practitioner Notes:**
R/U S/C
PR N
NC 5/20/19

**New Medications Ordered:**

_____
_____
_____
_____        Total #: 0

Screener's Signature: MSgt. Frank        HCP's Signature: _____    Date: _____

# 585

☐ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $ 0    Total: $ 0

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Ronald Reel        356002        5-16-19        MSgt Frank

| Offender's Signature | DOC# | Date | Witness Signature |

/1107

032694

**Form HC-01-A**
**14 September 2009**          **Health Care Request Form**          Institution: ___LSP___

Ronald Reel     356002     45     CBD 4R⁷     4D
Name _____ DOC# _____ Age _____ Housing _____ Job Assignment: _____

| OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST: | M-3 |

PREA
4·23·19 Tammy Henderson

**Health Care Personnel Screening:** Date: 05·15·19 Time: 1245 Location Seen: CBD 4R

(Circle One) Emergency / Routine Sick Call / Work Related Allergies: ___NKDA___

*(Policy circled)*

B/P _____ Pulse _____ Resp WNL Temp _____ Other _____

**Assessment/Comment:** Pt. being seen 2° alleged PREA claim. Pt. A&Ox3, speaks in complete sentences. ambulatory. Pt. claims the classification officer, Tammy Henderson, agreed to suck his penis, but 20 seconds after she started he begged her to stop and she wouldn't. Pt. has ∅ medical complaints. Pt. claims this "attack" happened on 4·23·19. Pt. doesn't remember the place or time. Pt. appears to be in NAD.

Meds: Keppra. Art. Tears. Maxitrol. Kenalog. Clotrimazole CRM

**Disposition:**

MD Review

**New Medications Ordered:**

_____
_____
none
Total #: ∅

Screener's Signature: BNUCKer 589

**Health Care Practitioner Notes:**

Spoke c̄ Menzor in PREA Investigations. He recieved copy of this - Smith

HCP's Signature: _____ Date: _____

☒ No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $ ∅  Total: $ ∅

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

Ronald Reel          356002          05-15-19          BNUCKer 589
Offender's Signature ___ DOC# ___ Date ___ Witness Signature

Original - Offender's Medical Record      Yellow - Business Office      Pink - Offender's Copy

**LOUISISANA STATE PENITENTIA** • 17544 TUNICA TRACE • ANGOLA A 70712 • PHONE 225-655-2286
**ROBERT E. BARROW, JR. TREATMENT CENTER**
**EMERGENCY MEDICAL REPORT**
**VITAL STATISTICS**

DATE: 05 , 01 , 19                                                                   TIME SEEN: 09 : 06

NAME: Ronald Reed Reel                DOC#: 356002          AGE: 45    RACE: B

LIVING QUARTERS: CbD              JOB ASSIGNMENT: L7          LAST TETANUS: /

MEDICATIONS: Keppra                    ALLERGIES: NKA

| DATE OF ACCIDENT: | TIME OF ACCIDENT: | ACCIDENT LOCATION: |
|---|---|---|

| TIME: 09:06 | B/P: 129/93 FL | PULSE: 68 | RESP: 16 | LOC: A/o x3 | TEMP: 97.7 | BS/Sp02: 100% |
| TIME: 09:37 | B/P: 132/89 | PULSE: 72 | RESP: 17 | LOC: / | TEMP: | BS/Sp02: 98 |
| TIME: : | B/P: / | PULSE: | RESP: | LOC: | TEMP: | BS/Sp02: |

**CHIEF COMPLAINT AND INITIAL ASSESSMENT**

CHIEF COMPLAINT, HISTORY AND ASSESSMENT: Pt. A/oxy Ambulatory c/o Burn vison + sores on his penis, Pt. STATES that he was SPRAYED with chemical Agent on 4-23-19, Ø eye swelling Ø Fil Redness, Pt. states that sores on penis Burn when he TAKES A Shower (Redness) Ø swelling, voices Ø Difficulty urinating, Ø Active Bleeding

MEDIC SIGNATURE: Msgt. Fulk _____ #585

**PHYSICIAN ASSESSMENT AND TREATMENT**

Eyes: Bulbar Conjunctiva mildly reddened PERRLA ROM'a intact, no obvious F.B.

Penes: Junction of Glans/shaft has superficial denuded area of epidermis, no purulent d/c noted

Rx Clotrimazole Cream } Apply bilaterally   PTbd 2 wks
Triamcinolone Cream 0.5%                    Send to Eye Clinic today
                                            F/U S/C PRN

☐ Duty Status _____

☐ Diet
Dx: ① Conjunctivitis OU
② Superficial Penile Decortisation

☐ Appointment

☐ Dressing Change

PHYSICIAN SIGNATURE: _____

| TIME LEFT: 0938 | TRANSPORTATION: Ambulatory | DESTINATION: Eye Clinic |
|---|---|---|

LSP-TC 16    Rev. 11/99        **EMERGENCY MEDICAL REPORT**        PAGE ____ OF ____

LOUISIANA STATE PENITENTIARY
R. E. BARROW, JR. TREATMENT CENTER
REFERRAL SLIP

014499

DATE: 05-01-19

NAME: Ronald Reel                    DOC#: 356002     HOUSING UNIT: CBD 4r

LOCATION SEEN: CBD 4/R (SICKcall)

REFERRAL TO: ATU

DATE OF REFERRAL: 05-01-19                TIME OF REFERRAL: 0530     (A.M.) P.M.

REASON FOR REFERRAL: ? blisters on penis

TEMPORARY DUTY STATUS: _____ NA

TEMPORARY DUTY STATUS EXPIRATION DATE: _____

SIGNATURE OF HEALTH CARE PROVIDER

CC:  HIM           (WHITE)
     PATIENT       (YELLOW)
     SECURITY      (PINK)

LSP-TCEMS 01   REV. 10/97

032720

**Form HC-01-A**
**14 September 2009**                **Health Care Request Form**                **Institution:** _LSP_

_Ronald Reel_ _356002_ _45_ Wgt: ~~CB~~ _____ _LID_
Name                DOC#        Age        Housing                Job Assignment:

**OFFENDER TO COMPLETE THIS SECTION ONLY—COMPLAINT AND/OR REQUEST:**

Chemical Agent.

**Health Care Personnel Screening:** Date: _4/23/19_ Time: _1423_ Location Seen: _CBD_

(Circle One) **Emergency** / Routine Sick Call / Work Related Allergies: _NKDA_

B/P _147/92_ Pulse _88_ Resp _20_ Temp _N/A_ Other _N/A_

**Assessment/Comment:** _pt c/o of can't see out of eyes especially L eye, pt states" they put the cm in his face and sprayed. pt was naked in shwr so he gased his penu and scrotum. pt states he was gased two times. med Keppra. pt also x3 ambulcty at cell has of dutes_

**Disposition:** _tells in complete sentess. perl. SS comm ad?_

_MD_

**New Medications Ordered:**

_____

_____

_____     **Total #:** _0_

**Screener's Signature:** _MSgt Gallien_        **HCP's Signature:** _Q__        **Date:** _4/25/19_

**Health Care Practitioner Notes:**

_Sick call PRN_

X No Fees  ☐ $3 Access Fee  ☐ $6 Access Fee  ☐ $2 for Each Prescription Fee: $___ Total: $___

I understand that in accordance with Dept. Reg. No. B-06-001, I will be charged $3.00 for routine requests for health care services, $6.00 for emergency requests and $2.00 for each new prescription written and dispensed to me, with the exceptions noted in the referenced regulation. I am aware that if I declare myself a medical emergency and health care staff determine that an emergency does not exist, I may be subject to disciplinary action for malingering.

_Ronald Reel_              _356002_        _4/23/19_        _MSgt Gallien_
Offender's Signature        DOC#          Date            Witness Signature

Original - Offender's Medical Record        Yellow - Business Office        Pink - Offender's Copy

**EYE**

**NAME** Ronald Reel

**DOC#** 356002

**_IVING AREA** CjAS 3/L

## LOUISIANA STATE PENITENTIARY
### _R.E.B.T.C. OPTOMETRY CLINIC_
### _R.E.B.T.C. OPTICAL LAB_

(12)

17544 Tunica Trace
Angola, La. 70712
225-655-4411 Ext. 2763

### REQUEST FOR EYEGLASS PRESCRIPTION DISPOSITION
### AND
### ACKNOWLEDGEMENT OF RECEIPT OF PRESCRIPTION
### EYEWEAR/CONTACT LENS/SUPPLIES/PROTECTIVE EYEWEAR
### OR SUNGLASSES

DATE 9/23/19

1. I, Ronald Reel (NAME), 356002 (DOC#), do hereby choose to accept my prescription for eyeglasses to be provided by a lab chosen by the Louisiana Department of Public Safety and Corrections.

2. I, _____ (NAME), _____ (DOC#), choose to receive my prescription for eyeglasses and send it to an outside lab for fabrication. I understand that any glasses sent in from the outside must meet security requirements and be made with all plastic frames. I also understand that I (or family) will be responsible for all cost of the fabrication of glasses made and sent to me and that LSP is not responsible for any irregular inappropriate fit of the glasses. I understand that I will not receive any re-examination for correction of poorly fitting glasses. I further understand that I will be re-examined only at the order of a physician or after one year. Any glasses must be sent in care of the optical department for approval and distribution to me.

DATE 9/23/19

X __Ronald Reel__ , _____ have received

(STATE ISSUE) OR  PERSONAL

X ___ Eye Glasses
___ Contact Lens
___ Contact Lens Care Products
___ Sunglasses
___ Protective Eyewear

I further acknowledge that if this item is other than state issue, that LSP will not be held responsible for replacement of items lost, stolen, broken or in need of repair.

X __Ronald Reel__ #356002

SIGNATURE DOC#                                   WITNESSES

## LOUISIANA STATE PENITENTIARY
## R. E. BARROW, JR. TREATMENT CENTER
### EYE CLINIC

Name: _Reel, Ronald_    DOC#: _356002_    Camp: _CBB/R0_    Job Assign: _____

Temp: _____    Pulse: _____    Resp: _____    B/P: _____    Weight: _____

Date: _8/14/19_

## DR. COULLARD

Time: _____    Allergies: _____

HPI:    ☐ Diabetic    ☐ Hypertension    ☐ Infectious Disease    ☐ Glaucoma    ☐ Decreased Vision    ☐ Red Eye

_Med. Ref., Sick Call_

Pupils:    ☐ round and reactive OU    ☐ no APD    _h/w_    Motility: Full Range OU

MR OD ___+1.0U +50 X180___    20/____

OS ___+1.00 Sph___    20/____    ADD _+_

TAG/tonopen _____ / _____ mmHg @ _____    Dilated using (M1%)  N2.5%  P 1/.25%

_Tropicamide ÷ gtt ou_

| External: | | | | Internal: | | | | |
|---|---|---|---|---|---|---|---|---|
| **OD** | | | **OS** | | **OD** | Macula | **OS** | |
| ☑ nl | ☐ ptosis | Lids | ☐ nl ☐ ptosis | | ☐ nl ☐ drusen | | ☐ nl | ☐ drusen |
| ☑ nl | ☐ arcus | Cornea | ☐ nl ☐ arcus | | ☑ nl ☐ RPE Δ | | ☐ nl | ☐ RPE Δ |
| ☑ nl | ☐ ptyrgium | | ☐ nl ☐ ptyrgium | | ☐ nl ☐ hemes | | ☐ nl | ☐ hemes |
| ☐ nl | ☐ injection | Conj | ☐ nl ☐ injection | | ☐ nl ☐ | Vessel | ☐ nl | ☐ |
| ☐ nl | ☐ pinguec | | ☐ nl ☐ pinguec | | ☐ nl ☐ PVD | Vitreous | ☐ nl | ☐ PVD |
| ☐ D/Q ☐ | | AC | ☐ DQ ☐ | | ☐ nl | Periphery | ☐ nl | |
| | X | Angles | X | | ☐ no h, t, RD 360 OU | | | |
| ☐ nl | ☐ rubeousis | Iris | ☐ nl ☐ rubeousis | | | | | |
| ☐ nl | ☐ NS, CS Lens | | ☐ nl ☐ NS, CS | | OPTIC DISCS | | | |
| | ☐ PCIOL clr | | ☐ PCIOL clr | | ☐ nl | Size/Appear/NFL ☐ nl | | |
| | | | | | | CD | | |

_.3 cd_

_nl / HTN    DHTR_

Diagnosis/Plan

A)1.    P)1.    _MR_

SPEC RX

OD _____

A)2.    P)2.    OS _____

A)3.    P)3.    ADD + _____

☐ DUTY STATUS: _____    ☐ APPOINTMENT: _____

☐ DIET: _____

☐ MISC. ORDERS: _____    PHYSICIAN SIGNATURE: _____

LSP-TC83    02/2011    EYE CLINIC