### Department of Public Safety & Corrections
#### State of Louisiana
Louisiana State Penitentiary



JOHN BEL EDWARDS
Governor

JAMES M. LE BLANC
Secretary

STATE OF LOUISIANA

WEST FELICIANA PARISH

ANGOLA, LOUISIANA

I hereby certify that the attached documents are TRUE AND CORRECT copies of the

originals that are maintained at Louisiana State Penitentiary.

Certified Copy of a Filing of a Prison Rape Elimination Act pulled from an Investigation File as
Exhibit 1.

*Delshadee Scott*

Delshadee Scott #153568

Ex-Officio Notary

Department of Public Safety & Corrections/LSP

Date: 12-7-2020

Ronald Reel 153378 Case

TO: DARREL VANNOY, WARDEN
    LA. State Penitentiary

MARCH 14, 2019

RE: ( Filing OF Prison Rape Elimination Act )

DEAR WARDEN VANNOY,

Since APRIL 24, 2019, I have Requested to your employees that I wished to File A PRISON RAPE ELIMINATION Act And Ive been ignored. I'M Requesting you to see that A (P.R.E.A.) be Filed on my behalf.

ON 4-23-19, TAMMY Hendrickson - CLASSiFiCATiON OFFiCER, FORCED ME (RONALD REEL) iNTO A sexual engagement where MS. Hendrickson put my penis into her mouth And Sucked it For About 40 to 80 Seconds, beFore she thought someone Saw her And she stopped.

ON 5-1-19, I excuted A Health CARE Request Form where Rashes And Sores Started to Appear on my penis (HEALTH CARE FORM # 027021). These Rashes And Sores Come From MS. Hendrick-son putting my penis in her mouth And Sucking it.

WARDEN VANNOY, MS. TAMMY Hendrickson sexually Assaulted me. She Should be FiRed and CRIMINALLY Charged in Accordance with the Federal P.R.E.A.

CC:
File

RECEIVED

MAY 1 5 2019

WARDEN'S OFFICE

Thank you,
RONALD REEL
D.O.C.#356,___
CBD, L/R

EXHIBIT
1