## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

**RONALD REEL (#356002)**                                    **CIVIL ACTION NO.**


**VERSUS**                                                          **19-838-JWD-SDJ**


**MARCUS JONES, ET AL.**

## ORDER

Before the Court is a Motion for an Order Compelling Discovery filed by Plaintiff Ronald Reel.[1]  On March 23, 2021, this Court granted Plaintiff an extension of time to complete discovery and oppose the pending Motion for Summary Judgment.[2]  Plaintiff propounded discovery between April 21, 2021, and April 27, 2021.[3]  The deadline to complete all discovery, including any necessary motions to compel, was May 21, 2021,[4] yet Plaintiff did not file the instant motion to compel until June 1, 2021.[5]  This Court's previous order clearly provided that "**No further extensions of time [would] be granted**" for discovery or the filing of an opposition to the Motion for Summary Judgment.[6]  Because Plaintiff's Motion for an Order Compelling Discovery was untimely filed, it will be denied.  Plaintiff is reminded that he must file an opposition to the Motion for Summary Judgment by no later than July 2, 2021.  Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for an Order Compelling Discovery[7] is **DENIED**.

---

[1] R. Doc. 35.
[2] R. Doc. 30.
[3] R. Docs. 31-33.
[4] R. Doc. 30, p. 2.
[5] R. Doc. 35.  To give Plaintiff the full benefit of the doubt regarding filing dates, the Court uses the date on which Plaintiff signed the motion as the filing date, pursuant to the prison mailbox rule.  *See Cooper v. Brookshire*, 70 F.3d 377, 379-80 (5th Cir. 1995); *Vicks v. Griffin*, 07-5471, 2008 WL 553186, at *3 (E.D. La. Feb. 28, 2008).
[6] R. Doc. 30, p. 2.
[7] R. Doc. 35.

Signed in Baton Rouge, Louisiana, on June 15, 2021.


_____

**SCOTT D. JOHNSON**
**UNITED STATES MAGISTRATE JUDGE**