UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**RONALD REEL (#356002)**

**VERSUS**

**JAMES M. LeBLANC, ET AL.**

CIVIL ACTION NO.

19-838-JWD-SDJ

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated August 3, 2021 (Doc. 41), to no objection was filed,

**IT IS ORDERED** that the Motion for Summary Judgment filed by Marcus Jones and Tammy Hendrickson (Doc. 27) is DENIED and that this case is referred back to the undersigned for further proceedings.

Signed in Baton Rouge, Louisiana, on September 3, 2021.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**